

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC**., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

# O R D E R

On August 13, 2014, this court issued its opinion and judgment.  On August 25, 2014, Appellees filed an unopposed motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until September 11, 2014.  *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellees' motion for extension of time is GRANTED.  Appellees' motions are due to be filed with this court by September 11, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court